THE KNIGHT PUBLISHING COMPANY, INC. v. THE CHASE MANHATTAN BANK, N.A. AND FIRST UNION NATIONAL BANK OF NORTH CAROLINA

No. 523A98-2

(Filed 21 December 2000)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 137 N.C. App. 27, 527 S.E.2d 80 (2000), affirming an order and a modified final order and judgment entered 19 September 1997 by Saunders, J., in Superior Court, Mecklenburg County. Heard in the Supreme Court 16 October 2000.

*Smith Helms Mulliss & Moore, L.L.P., by Jonathan E. Buchan and T. Jonathan Adams, for plaintiff-appellee.*

*Parker, Poe, Adams & Bernstein, L.L.P., by William L. Rikard, Jr.; Jack L. Cozort; and Kiah T. Ford IV, for defendant-appellants.*

PER CURIAM.

AFFIRMED.